1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVIS JUSTIN CUELLAR,

Plaintiff,

v.

MADERA COUNTY SHERIFF,

Defendant.

1:24-cv-01331-GSA (PC)

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
(Document# 6)

and

ORDER DIRECTING PAYMENT
OF INMATE FILING FEE BY THE
MADERA COUNTY SHERIFF

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Madera County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY

1

1 ORDERED that:

2

3     1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

4     **2.  The Madera County Sheriff or his designee shall collect payments from**

5 **plaintiff's prison trust account in an amount equal to twenty percent (20%) of the**

6 **preceding month's income credited to the prisoner's trust account and shall forward**

7 **those payments to the Clerk of the Court each time the amount in the account**

8 **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

9 **been collected and forwarded to the Clerk of the Court.  The payments shall be**

10 **clearly identified by the name and number assigned to this action.**

11     3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

12 plaintiff's in forma pauperis application on the Madera County Sheriff located at Madera

13 County Jail, 195 Tozer Street, Madera, CA 93638.

14     4.   The Clerk of the Court is directed to serve a copy of this order on the Financial

15 Department, U.S.  District Court, Eastern District of California, Sacramento Division.

16     5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

17 certified copy of his prison trust account statement for the six-month period immediately

18 preceding the filing of the complaint, if plaintiff has not already done so.

19

20 IT IS SO ORDERED.

21     Dated:   **January 3, 2025**          **/s/ Gary S. Austin**

22                                    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2