24cv1331

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MADERA COUNTY SHERIFF,<br><br>　　　　Defendant. | No.  1:24-cv-01331 GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR SCREENING<br><br>(ECF Nos. 12, 13) |

　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　Before this Court are two requests Plaintiff has filed which request the Court to screen his complaint.  See ECF Nos. 12, 13.  Plaintiff's requests will be granted, and his complaint will be screened in due course.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's requests that his complaint be screened (ECF Nos. 12, 13) are GRANTED.

　　　The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

　　　Dated:   **August 13, 2025**　　　　　　　　**/s/ Gary S. Austin**

1

UNITED STATES MAGISTRATE JUDGE